

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00290-CR

Frank Anthony **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR3014
Honorable Steve Hilbig, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED June 5, 2019.

_____
Rebeca C. Martinez, Justice